IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO HOUSING AUTHORITY, a municipal corporation, | ) ) ) | |
| Plaintiff, | ) ) | No.  25cv12670 |
| v. | ) ) | |
| SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) ) ) ) | |
| Defendants. | ) | |

# Complaint

# Exhibit A

# HUD Form SF-424 (FY 2026)

OMB Number: 4040-0004
Expiration Date: 11/30/2025

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CY: | 2026 | PHA Code/Name: | IL002 - Chicago Housing Authority | | Status: | Created | ID SF-424 Operating Fund: 58911 |
| Is this PHA's cumulative Federal Grants $100,000 or more? (If yes, complete the HUD-50071): | Ye | | Is this PHA required to disclose lobbying activities? (If yes, complete the SF-LLL): | | N | | Version No.: 1 |

## Application for Federal Assistance SF-424 - Operating Fund Grant

**\*1. Type of Submission:**
Preapplication
**Application**
Changed/Corrected Application

**\*2. Type of Application:**
**New**
Continuation
Revision

**\*3. Date Received:**

**4. Applicant Identifier:**
**IL002**

**5a. Federal Entity Identifier:**
**IL002**

**5b. Federal Award Identifier:**

### State Use Only:

**6. Date Received by State:**

**7. State Application Identifier:**

### 8. Applicant Information:

**\* a. Legal Name:** **Chicago Housing Authority**

**\* b. Employer/Taxpayer Identification Number (EIN/TIN):** 366000618

**\* c. UEI:** LQ73XVCA7YZ7

### d. Address:

**\* Street1:** **60 E. Van Buren St**

**Street2:**

**\* City:** **CHICAGO**

**County/Parish:** **COOK**

**\* State:** **IL**

**Province:**

**\* Country:** **USA**

**\* Zip / Postal Code:** **60605**

### e. Organizational Unit:

Department Name:                                        Division Name:
Office of the CFO                                       Finance

### f. Name and contact information of person to be contacted on matters involving this application:

Prefix:                                   * First Name:        Michael

Middle Name:    Joseph

* Last Name:    Moran

Title:          Chief Financial Officer

Organizational Affiliation:

* Telephone Number:   (312) 913-7012              Fax Number:   (313) 913-7013

* Email:   mmoran@thecha.org

## Application for Federal Assistance SF-424 - Operating Fund Grant

* **9. Type of Applicant 1: Select Applicant Type:**
L. Public/Indian Housing Authority

Type of Applicant 2: Select Applicant Type:

Type of Applicant 3: Select Applicant Type:

* Other (specify):

* **10. Name of Federal Agency:**
**U.S. Department of Housing and Urban Development**

**11. Catalog of Federal Domestic Assistance Number:**
**14.850**

CFDA Title:
**14.850 Public Housing Operating Fund**

* **12. Funding Opportunity Number:**
**9999**

Title:

**13. Competition Identification Number:**

Title:

**14. Areas Affected by Project (Cities, Counties, States, etc.):**     Add/Delete/View Attachment 0

10/16/25, 1:23 PM
Case: 1:25-cv-12670 Document #: 6-1 Filed: 10/16/25 Page 4 of 6 PageID #:83
Application for Federal Assistance SF-424 for ac02 4 of 20

15. Descriptive Title of Applicant's Project:

**Public housing project administration and maintenance under the Operating Fund program (24CFR990)**

Attach supporting documents as specified in agency instructions.  Add/Delete/View Attachment 0

Application for Federal Assistance SF-424 - Operating Fund Grant

**16. Congressional Districts Of:**

* a. Applicant:   IL-07    b. Program/Project:

Attach an additional list of Program/Project Congressional Districts if needed.   Add/Delete/View Attachment 0

**17. Proposed Project:**

* a. Start Date:   **01/01/2026**    * b. End Date:   **12/31/2026**

**18. Estimated Funding ($):**

* a. Federal:   185,570,103
* b. Applicant:
* c. State:
* d. Local:
* e. Other:
* f. Program Income:
* g. TOTAL:   **185,570,103**

* 19. Is Application Subject to Review by State Under Executive Order 12372 Process?

a. This application was made available to the State under the Executive Order 12372 Process for review on

b. Program is subject to E.O. 12372 but has not been selected by the State for review

**c. Program is not covered by E.O. 12372.**



PHA Reports & Submissions   SF-424 for Operating Fund Grant

< Return to PHA Selection   HUD-50071   SF-LLL   View/Print SF-424   Status Log   View Email Log   **Apply Changes**   Refresh ED Info   Delete SF-424   Validate

Note: This question applies to the applicant organization and not the person who signs as the authorized representative. Categories of federal debt include but may not be limited to: delinquent audit disallowances, loans, and taxes. If yes, include an explanation in an attachment.

* 21. By signing this application, I certify under the penalty of perjury (1) to the statements contained in the list of certifications and (2) that the statements herein are true, complete and accurate to the best of my knowledge. I also provide the required assurances and agree to comply with any resulting terms if I accept an award. I am aware that any false, fictitious, or fraudulent statements or claims may subject me to criminal, civil, or administrative penalties. (e.g., 18 U.S.C. §§ 287, 1001, 1010, 1012 and 1014; and 31 U.S.C. §§ 3729 and 3802). I certify the following:

a. In accordance with 24 CFR 990.215, I hereby certify that Chicago Housing Authority is in compliance with the annual income reexamination requirements and that rents and utility allowance calculations have been or will be adjusted in accordance with current HUD requirements and regulations.

b. If applicable - In accordance with § 213 of Title II of Division L of the Consolidated Appropriations Act, 2024, Pub. L. 118-42 (approved March 9, 2024) and if subsequent acts containing the same provisions, I hereby certify that Chicago Housing Authority has 400 or fewer units and is implementing asset management.

c. If applicable - In accordance with 24 CFR 990.255 through 990.290 - Compliance of Asset Management Requirements, I hereby certify that Chicago Housing Authority has 250 units or more and is in compliance with asset management. I understand in accordance with 24 CFR 990.190(f), PHAs that are not in compliance with asset management will forfeit the asset management fee.

d. I certify that amount of Operating Subsidy stated in this form is an estimate based on the Operating Subsidy eligibility for Chicago Housing Authority from the previous funding year.

e. I acknowledge that HUD obligates Operating Subsidy in the beginning of the funding year based on an estimate of Operating Subsidy eligibility for Chicago Housing Authority and that HUD calculates the remaining obligations on cumulative basis based on the Operating Fund Formula in accordance with 24 CFR 990 and data collected in the form HUD-52723 and HUD updates eligibility throughout the funding year.

f. I agree that Chicago Housing Authority shall not draw down any excess funds when the estimated eligibility exceeds any project's actual eligibility and notify the appropriate HUD office; and that HUD offsets, de-obligates, or requires repayment of any Operating Subsidies for any project deemed ineligible or any project overfunded based on incorrect estimates.

g. In accordance with Section 235 of the Department of Housing and Urban Development Appropriation Act of 2020 I hereby certify that the PHA is in compliance with the Annual Contributions Contract as was in effect on December 31, 2017.

h. Waste, Fraud, Abuse, and Whistleblower Protections. Any person who becomes aware of the existence or apparent existence of fraud, waste or abuse of any HUD award must report such incidents to both the HUD official responsible for the award and to HUD's Office of Inspector General (OIG). HUD OIG is available to receive allegations of fraud, waste, and abuse related to HUD programs via its hotline number (1-800-347-3735) and its online hotline form. You must comply with 41 U.S.C. § 4712, which includes informing your employees in writing of their rights and remedies, in the predominant native language of the workforce. Under 41 U.S.C. § 4712, employees of a government contractor, subcontractor, grantee, and subgrantee—as well as a personal services contractor—who make a protected disclosure about a Federal grant or contract cannot be discharged, demoted, or otherwise discriminated against as long as they reasonably believe the information they disclose is evidence of:

1. Gross mismanagement of a Federal contract or grant;

2. Waste of Federal funds;

3. Abuse of authority relating to a Federal contract or grant;

4. Substantial and specific danger to public health and safety; or

5. Violations of law, rule, or regulation related to a Federal contract or grant.

i. I agree that Chicago Housing Authority:

1. Shall not use grant funds to promote "gender ideology," as defined in Executive Order (E.O.) 14168, Defending Women from Gender Ideology Extremism and Restoring Biological Truth to the Federal Government;

2. Is in compliance, in all respects, with all applicable Federal anti-discrimination laws is material to the U.S. Government's payment decisions for purposes of section 3729(b)(4) of title 31, United States Code;

3. Certifies that it does not operate any programs that violate any applicable Federal anti-discrimination laws, including Title VI of the Civil Rights Act of 1964;

4. Shall not use any grant funds to fund or promote elective abortions, as required by E.O. 14182, Enforcing the Hyde Amendment; and that

5. Notwithstanding anything in the NOFO or Application, this Grant shall not be governed by Executive Orders revoked by E.O. 14154, including E.O. 14008, or NOFO requirements implementing Executive Orders that have been revoked.

j. I agree that Chicago Housing Authority must administer its grant in accordance with all applicable immigration restrictions and requirements, including the eligibility and verification requirements that apply under title IV of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996, as amended (8 U.S.C. 1601-1646) (PRWORA) and any applicable requirements that HUD, the Attorney General, or the U.S. Citizenship and Immigration Services may establish from time to time to comply with PRWORA, Executive Order 14218, or other Executive Orders or immigration laws.

k. If applicable - No state or unit of general local government that receives funding under this grant may use that funding in a manner that by design or effect facilitates the subsidization or promotion of illegal immigration or abets policies that seek to shield illegal aliens from deportation.

l. Unless excepted by PRWORA, I agree that Chicago Housing Authority must use SAVE, or an equivalent verification system approved by the Federal government, to prevent any Federal public benefit from being provided to an ineligible alien who entered the United States illegally or is otherwise unlawfully present in the United States.

Electronic Signature:   True   ⓘ

* I AGREE


**Authorized Representative:**

| | | | | | |
|---|---|---|---|---|---|
| Prefix: | HON ⓘ | * First Name: | Matthew | | ⓘ |
| Middle Name: | | | ⓘ | | |
| * Last Name: | Brewer | | | | ⓘ |
| Suffix: | ⓘ | | | | |
| * Title: | Executive Director | | ⓘ | | |
| Telephone Number: | (312) 913-7040 | ⓘ | Fax Number: | | ⓘ |
| Email: | mbrewer@thecha.org | | | | ⓘ |
| Signature Text: | ⓘ | | | | |
| Signature of Authorized Representative: | | | ⓘ | Date Signed: | ⓘ |
| Submitted User: | ⓘ | | | Submitted Date: | ⓘ |

▼ **Burden Statement**

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 4040-0004. The time required to complete this information collection is estimated to average 1.1 hours per response, including the time to review instructions, search existing data resources, gather the data needed and complete and review the information collection. If you have comments concerning the accuracy of the time estimate(s) or suggestions for improving this form, please write to: U.S. Department of Housing and Urban Development, 451 7th Street SW, Room 8210, Washington, DC 20410–5000.