## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Chicago Housing Authority

                        Plaintiff,

v.                                                      Case No.: 1:25−cv−12670

                                                             Honorable Martha M. Pacold

Scott Turner, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 17, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for a temporary restraining order, [7], is set for hearing on 10/20/2025 at 9:30 a.m. in Courtroom 2325. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.