IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO HOUSING AUTHORITY, a municipal corporation, <br><br> Plaintiff, <br><br> v. <br><br> SCOTT TURNER, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development; the U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Defendants. | No. 1:25-cv-12670 <br><br> Judge Martha Pacold |

**RULE 41 NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Chicago Housing Authority gives notice of dismissal of this case without prejudice. Rule 41(a)(1)(B).

Respectfully submitted:

                                                                     **The Chicago Housing Authority**

                                                               /s      Charles D. Wysong
                                                               One of the Attorneys for Plaintiff CHA

| | |
|---|---|
| Matthew J. Piers <br> Caryn C. Lederer <br> Charles D. Wysong <br> Hughes Socol Piers <br>   Resnick & Dym, Ltd. <br> 70 W. Madison St., Suite 4000 <br> Chicago, Illinois 60602 <br> (312) 580-0100 <br> mpiers@hsplegal.com <br> clederer@hsplegal.com <br> cwysong@hsplegal.com | Edward W. Feldman <br> Rachel Ellen Simon <br> Miller Shakman Levine & Feldman LLP <br> 30 W. Monroe Street, Suite 1900 <br> Chicago, Illinois 60603 <br> (312) 263-3700 <br> efeldman@millershakman.com <br> rsimon@millershakman.com |